IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NATIONAL BUSINESS DEVELOPMENT SERVICES, INC.**, a Michigan corporation,

       Plaintiff,

v.

**FOWLER AND FOWLER CREDIT AND DEBT SOLUTIONS, INC.**, a Florida corporation,

**MICHAEL FOWLER**, individually, and

**STEPHANIE FOWLER**, individually.

       Defendants.

Civil Action No. 06-13169
Hon. John Corbett O'Meara
Magistrate Judge: Steven D. Pepe

Jeffrey P. Thennisch (P51499)
Dobrusin & Thennisch, PC
Attorneys for Plaintiff
29 W. Lawrence Street, Suite 210
Pontiac, Michigan 48342
(248) 292-2920/(248) 292-2910 (Fax)
jeff@patentco.com

## STIPULATED PERMANENT INJUNCTION ORDER

Plaintiff, National Business Development Services, Inc., (hereinafter "Plaintiff"), and Defendants, Fowler and Fowler Credit and Debt Solutions, Inc., Michael Fowler, and Stephanie Fowler (hereinafter collectively referred to as "Fowler"), hereby stipulate and agree to entry of a permanent injunction under Federal Rule of Civil Procedure 65, permanently enjoining and restraining Fowler, its officers, agents, attorneys, principals, servants and any persons, firms or corporations acting in concert with them from:

    i.    Using the designation NATIONAL CREDIT REPAIR or the NATIONAL CREDIT REPAIR® trademark or any variant thereof, as set forth in Plaintiff's First Amended Complaint;

ii. Distribution, provision, sale, or offering for sale of any goods or services by the Defendant in any form to the public in the United States and internationally, or in any manner likely to cause others to believe that any of the Defendant's goods or services are affiliated, sponsored by, or connected with the designation NATIONAL CREDIT REPAIR, or the with Plaintiff, and/or its federal registration U.S. Reg. No. 2,128,068 for NATIONAL CREDIT REPAIR®;

iii. Passing off, inducing, or enabling others to sell or pass off any good or service to the public as genuine, authorized, or otherwise emanating from or sponsored by Plaintiff and its NATIONAL CREDIT REPAIR® trademark; and

iv. Committing any other acts calculated to cause purchasers or consumers to believe that the Defendant's products or services are affiliated with Plaintiff and its and/or its NATIONAL CREDIT REPAIR® trademark, including taking all available steps to remove all advertising and other media from the stream of commerce, including the internet, and refrain from any future uses of the designation, NATIONAL CREDIT REPAIRPAIR, or any colorable imitation thereof, in all advertisements, promotional publications, internet websites, and other media wherein the public would encounter or view the use of the term NATIONAL CREDIT REPAIR.

This Order shall continue until further Order of the Court.

SO ORDERED.


Dated: January 05, 2007                    s/John Corbett O'Meara
                                           United States District Judge

| | |
|---|---|
| So Stipulated And Approved: | Fowler and Fowler Credit and Debt Solutions, Inc. |
| s/Jeffrey P. Thennisch<br>Jeffrey P. Thennisch (P51499)<br>Attorneys for Plaintiffs<br>Dobrusin & Thennisch, PC<br>29 W. Lawrence Street, Suite 210<br>Pontiac, Michigan 48342<br>jeff@patentco.com | By:_____<br>   Michael Fowler<br>   Its: President<br>   12722 US 98<br>   Sebring, FL  33876 |
| Dated:  December 27, 2006_____ | Dated: _____ |
| _____<br>Stephanie Fowler, individually | By:_____<br>   Michael Fowler, individually |
| Dated: _____ | Dated: _____ |